UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MASSEY and JANICE CATHERINE SANDOVAL,<br><br>Plaintiffs,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 16-cv-01922-WHO<br><br>**ORDER** |

Having been notified that the parties have settled, the Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for August 8, 2017 at 3:00 p.m. at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: May 25, 2017

William H. Orrick
United States District Judge