# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SANDOVAL and JANICE CATHERINE MASSEY,<br><br>Plaintiffs,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC.<br><br>Defendant. | CASE NO. 2:16-CV-01922-WHO<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE PURUSANT TO FRCP 41 (a)(1)(A)(ii)** |

The Court has reviewed the Stipulation of Plaintiffs ERIC SANDOVAL and JANICE CATHERINE MASSEY and Defendant I.Q. DATA INTERNATIONAL, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows. That the above-entitled lawsuit is hereby dismissed, with prejudice, Pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: June 13, 2017

_____
Honorable William H. Orrick, III
United States District Judge

{00068101;1}